IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS SUOZZO,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | :<br>:<br>:<br>:    CRIM. ACTION NO. 13-381<br>:<br>:    CIVIL ACTION NO. 15-5775<br>:<br>:<br>: |

## ORDER

AND NOW this 10th day of August, 2016, upon consideration of Petitioner Suozzo's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 50), the Government's response (Doc. 53), and Petitioner's Reply (Doc. 56), and the record of this case, **IT IS HEREBY ORDERED AND DECREED** as follows:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED** and **DISMISSED WITHOUT AN EVIDENTIARY HEARING.**[1]

2. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker, C.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 10, 2016.